```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611016854
Cashier ID: almaceh
Transaction Date: 03/11/2008
Payer Name: ELEANOR CHILES
------------------------------------
WRIT OF HABEAS CORPUS
 For: J JOHNSON JR
 Amount:         $5.00
------------------------------------
CHECK
 Check/Money Order Num: 1162
 Amt Tendered: $5.00
------------------------------------
Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00

C08-1088 SI
```

Checks and drafts are accepted subject to collections and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

Filing-Fee for
 CV08-1088 SI
Joseph Johnson Jr.
 vs
Edward Flores
Jerry Brown.

