1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH JOHNSON, JR.,

      Petitioner,

    v.

PAM AHLIN (Acting) Executive
Director of Coalinga State Hospital;

      Respondent.
_____/

No. C 08-1088 SI (pr)

**ORDER EXTENDING DEADLINES**

      Respondent has filed an <u>ex parte</u> request for an extension of time to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney Bridget Billeter, the court GRANTS respondent's request. (Docket # 13.) Respondent must file and serve his response no later than **September 4, 2009.** Petitioner must file and serve his traverse no later than **October 9, 2009.**

      Petitioner is using a different mailing address in this action from that used in another action he filed. No later than **August 14, 2009**, petitioner shall provide written notice to the court and respondent's counsel of his current address.

      IT IS SO ORDERED.

DATED: July 24, 2009

_____
SUSAN ILLSTON
United States District Judge