UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH JOHNSON, JR., | No. C 08-1088 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| PAM AHLIN (Acting) Executive Director of Coalinga State Hospital; | |
| Respondent. | |

The petition for writ of habeas corpus is dismissed. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

DATED: April 27, 2010

SUSAN ILLSTON
United States District Judge